# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D16-3256

—————————————————

MICHAEL J. LENTON,

   Appellant,

   v.

RHONDA MICHELE PARKER,

   Appellee.

—————————————————

On appeal from the Circuit Court for Duval County.
Henry E. Davis, Judge.

March 13, 2018

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINOKUR, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Michael J. Lenton, pro se, Appellant.

No appearance for Appellee.